JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMIN ROSSIER, | Case No. CV 13-2787-DTB |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| DEBORAH JOHNSON, Warden, | |
| Respondent. | |

    Pursuant to the Order Granting Motion to Dismiss and Dismissing the Petition with Prejudice,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: November 12, 2013

THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1